186 So.2d 627

### CITY OF ALEXANDRIA

v.

### Johnny Lee PARKER.

No. 48203.

June 6, 1966.

In re: Johnny Lee Parker applying for writs of certiorari, mandamus, prohibition and review and a stay order.

Writs refused. The ruling complained of is correct.

186 So.2d 627

### STATE of Louisiana

v.

### Victor P. CAMPBELL et al.

No. 48210.

June 6, 1966.

In re: Victor P. Campbell and Jean Brewer applying for writs of certiorari, prohibition and mandamus.

The application is denied. Applicant has an adequate remedy by appeal in the event of conviction.